# UNITED STATES DISTRICT COURT
for the
_____ District of _____
_____ Division

FILED
CHARLOTTE, NC

JUL 15 2022

US DISTRICT COURT
WESTERN DISTRICT OF NC

Case No. __3:22 cv 315__
(to be filled in by the Clerk's Office)

Lorenzo Howard JR

*Plaintiff(s)*
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

1 Ben Jaffa JR
2 Graham Investment
3 JAY Reality Corp

*Defendant(s)*
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)

Jury Trial: *(check one)* ☐ Yes ☐ No

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non-Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

I. **The Parties to This Complaint**

   A. **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   Name: Lorenzo Howard JR
   Address: 4936 Lakeview Rd
   City: Charlotte  State: NC  Zip Code: 28216
   County: Mecklenberg
   Telephone Number: (704) 493-2569
   E-Mail Address: Howardlorenzo1575a@gmail.com

   B. **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

   Defendant No. 1
   Name: Ben Jaffa Jr
   Job or Title (if known): Owner
   Address: Jaffa Florence K, P.O. Box 1903
   City: Matthews,  State: NC  Zip Code: 28106
   County:
   Telephone Number:
   E-Mail Address (if known):
   [✓] Individual capacity   [✓] Official capacity

   Defendant No. 2
   Name: Graham Investment Company
   Job or Title (if known):
   Address: 219 N Graham St
   City: Charlotte  State: NC  Zip Code:
   County:
   Telephone Number:
   E-Mail Address (if known):
   [✓] Individual capacity   [✓] Official capacity

Defendant No. 3
Name: JAY Realty Corporation
Job or Title (if known):
Address: 219 W Graham St
Charlotte, NC

City / State / Zip Code

County:
Telephone Number:
E-Mail Address (if known):

[✓] Individual capacity  [✓] Official capacity

Defendant No. 4
Name:
Job or Title (if known):
Address:

City / State / Zip Code

County:
Telephone Number:
E-Mail Address (if known):

[ ] Individual capacity  [ ] Official capacity

II. **Basis for Jurisdiction**

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against (check all that apply):

[ ] Federal officials (a *Bivens* claim)

[ ] State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

### III. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur? I went to Say Reality + Grym Investment, on March 14, 1972 to get help with my house I was 2 mo behind in my payment of $90.00 per month. The company said pay the two month to us. And we'll send it to Cameron Brown the Payments

B. What date and approximate time did the events giving rise to your claim(s) occur? In 1972 I saw a 1$ dollar stamp on my Individual Deed. I did not receive any money at the time I only wanted them to send the money to Cameron Brown I sign for them to do that not to sell my house

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)* I was Evicted from my house in 1998. The company said they bought the house in 1972, my wife, family members
Last Case 6-14-22 — A month ago Trial
A Calendar Call 06/06/2022
Complaint
(Jury Trial Demanded)

IV. Injuries  No

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

V. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims. Justic

I was deprive of my house until Now 1998 until Now Paying $525.00 a mo From 2/1973 - 1998. - Still the Company has the house. All moneys received From the property in Rent and others Ets., also damages For Pain and Suffering

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 7-8-22

Signature of Plaintiff: *Lorenzo Howard Jr*
Printed Name of Plaintiff: Lorenzo Howard JR

### B. For Attorneys

Date of signing: _____

Signature of Attorney: _____
Printed Name of Attorney: _____
Bar Number: _____
Name of Law Firm: _____
Address: _____
City _____ State _____ Zip Code _____
Telephone Number: _____
E-mail Address: _____

```
LORENZO HOWARD                    1 LBS      1 OF 1
(704) 493-2569                    SHP WT: 1 LBS
THE UPS STORE #5926               DATE: 12 JUL 2022
STE 107
5009 BEATTIES FORD RD
CHARLOTTE  NC 28216-2860

SHIP CLERKS OFFICE
TO: UNITED STATES DISTRICT COURT
    CHARLES R. JONAS FEDERAL BUILDING
    STE 210
    401 W TRADE ST
    CHARLOTTE  NC 28202-1619
```



NC 282 9-01



UPS GROUND
TRACKING #: 1Z 970 81F 03 3310 9225

BILLING: P/P

ISH 13.00F ZZP 450 23.5V

SEE NOTICE ON REVERSE regarding UPS Terms, and notice of limitation of liability. Where allowed by law, shipper authorizes UPS to act as forwarding agent for export customs purposes. If exported from the US, shipper certifies that the commodities, technology or software were exported from the US in accordance with the Export Regulations. Diversion contrary to law is prohibited.

---

401 W TRADE ST
STE 210
CHARLOTTE NC 28202

NIB-NIB
p:PD1  s:OUTB  i:119
9225
1Z97081F033310
PHILL13334T DEST1 Jul 13 07:03:37 2022
HIPPS 22.6.0 2U520

# UNITED STATES DISTRICT COURT
for the

_____ District of _____

_____ Division

FILED
CHARLOTTE, NC

JUL 14 2022

US DISTRICT COURT
WESTERN DISTRICT OF NC

LORENZO HOWARD JR
*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

+ BEN JAFFA JR
1 Graham Investment
3 JAY Reality Corp
*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

Case No. _____
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* ☐ Yes ☐ No

## COMPLAINT FOR EMPLOYMENT DISCRIMINATION

I. **The Parties to This Complaint**

   A. **The Plaintiff(s)**  N/A

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   Name _____
   Street Address _____
   City and County _____
   State and Zip Code _____
   Telephone Number _____
   E-mail Address _____

   B. **The Defendant(s)**  N/A

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Page 1 of 6

Defendant No. 1
    Name    N/A
    Job or Title *(if known)*
    Street Address
    City and County
    State and Zip Code
    Telephone Number
    E-mail Address *(if known)*

Defendant No. 2
    Name    N/A
    Job or Title *(if known)*
    Street Address
    City and County
    State and Zip Code
    Telephone Number
    E-mail Address *(if known)*

Defendant No. 3
    Name    N/A
    Job or Title *(if known)*
    Street Address
    City and County
    State and Zip Code
    Telephone Number
    E-mail Address *(if known)*

Defendant No. 4
    Name    N/A
    Job or Title *(if known)*
    Street Address
    City and County
    State and Zip Code
    Telephone Number
    E-mail Address *(if known)*

C. **Place of Employment**  N/A

The address at which I sought employment or was employed by the defendant(s) is

| | |
|---|---|
| Name | _____ |
| Street Address | _____ |
| City and County | _____ |
| State and Zip Code | _____ |
| Telephone Number | _____ |

II. **Basis for Jurisdiction**  N/A

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

☐ Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

*(Note: In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐ Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

*(Note: In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

☐ Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

*(Note: In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐ Other federal law *(specify the federal law)*:

☐ Relevant state law *(specify, if known)*:

☐ Relevant city or county law *(specify, if known)*:

III. **Statement of Claim** N/A

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

- [ ] Failure to hire me.
- [ ] Termination of my employment.
- [ ] Failure to promote me.
- [ ] Failure to accommodate my disability.
- [ ] Unequal terms and conditions of my employment.
- [ ] Retaliation.
- [ ] Other acts *(specify)*: _____

*(Note: Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)*

B. It is my best recollection that the alleged discriminatory acts occurred on date(s)

_____

C. I believe that defendant(s) *(check one)*:

- [ ] is/are still committing these acts against me.
- [ ] is/are not still committing these acts against me.

D. Defendant(s) discriminated against me based on my *(check all that apply and explain)*:

- [ ] race _____
- [ ] color _____
- [ ] gender/sex _____
- [ ] religion _____
- [ ] national origin _____
- [ ] age *(year of birth)* _____ *(only when asserting a claim of age discrimination.)*
- [ ] disability or perceived disability *(specify disability)*

_____

E. The facts of my case are as follows. Attach additional pages if needed.

*N/A*

*(Note: As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)*

IV. **Exhaustion of Federal Administrative Remedies**

A. It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)*

B. The Equal Employment Opportunity Commission *(check one)*:

☐ has not issued a Notice of Right to Sue letter.

☐ issued a Notice of Right to Sue letter, which I received on *(date)* _____.

*(Note: Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)*

C. Only litigants alleging age discrimination must answer this question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:

☐ 60 days or more have elapsed.

☐ less than 60 days have elapsed.

V. **Relief** *N/A*

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

## VI. Certification and Closing    N/A

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: _____

Signature of Plaintiff    _____
Printed Name of Plaintiff _____

### B. For Attorneys

Date of signing: _____

Signature of Attorney       _____
Printed Name of Attorney    _____
Bar Number                  _____
Name of Law Firm            _____
Street Address              _____
State and Zip Code          _____
Telephone Number            _____
E-mail Address              _____

```
LORENZO HOWARD                    1 LBS        1 OF 1
(704) 493-2569                    SHP WT: 1 LBS
THE UPS STORE #5926               DATE: 12 JUL 2022
STE 107
5009 BEATTIES FORD RD
CHARLOTTE  NC 28216-2860

SHIP   CLERKS OFFICE
TO:    UNITED STATES DISTRICT COURT
       CHARLES R. JONAS FEDERAL BUILDING
       STE 210
       401 W TRADE ST
       CHARLOTTE  NC 28202-1619
```

**NC 282 9-01**

**UPS GROUND**

TRACKING #: 1Z 970 81F 03 3310 9225

BILLING: P/P

ISH 13.00F ZZP 450 23.5V

SEE NOTICE ON REVERSE regarding UPS Terms, and notice of limitation of liability...

---

401 W TRADE ST
STE 210
CHARLOTTE NC 28202

P: PD1    S: OUTB    I: 119

NIB-NIB

1Z97081F033310   9225

PHILL33347 DEST1  Jul 13 07:03:37 2022
HIPPS 22.6.0 2U528